UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT J. JACKSON,<br><br>Petitioner,<br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>Respondents. | Case No. 2:17-cv-01711-MMD-VCF<br><br>ORDER |

The Court directed petitioner to show cause why this action should not be dismissed because it appeared that petitioner had not yet exhausted his state-court remedies. Petitioner has not filed a response to the Court's order within the allotted time. A review of the Nevada Supreme Court's on-line docket shows that petitioner's direct appeal still is pending. *Jackson v. State*, No. 71726.[1] Consequently, the petition is unexhausted entirely.

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that this action is dismissed for petitioner's failure to exhaust his available state-court remedies. The Clerk of the Court will enter judgment accordingly and close this action.

It is further ordered that a certificate of appealability is denied.

DATED THIS 6th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] http://caseinfo.nvsupremecourt.us/public/caseView.do?csIID=41948 (report generated December 4, 2017).